```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                         Case No. 14-04733-MDF
Marie Celestin                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1     User: PRatchfor     Page 1 of 1     Date Rcvd: Jan 31, 2017
                     Form ID: pdf010     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4557156        +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2017 18:59:37      GREEN TREE SERVICES,
                 7360 S KYRENE RD STE 101,    TEMPE, AZ 85283-4583
4602103         E-mail/Text: bankruptcy.bnc@ditech.com Jan 31 2017 19:01:23      Green Tree Servicing, LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154,   Telephone number: 888-298-7785
                                                                                             TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2017 at the address(es) listed below:
```
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Gary J Imblum     on behalf of Debtor Marie   Celestin gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Joshua I Goldman     on behalf of Creditor   GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Peter J Ashcroft    on behalf of Creditor    GREEN TREE SERVICING LLC pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
               rive.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**MARIE CELESTIN**
    Debtor(s)

Chapter **13**

Case Number: **1:14-bk-04733-MDF**

## ORDER

It is hereby, **ORDERED** that the Application Requesting Redaction of personal Information is:

**GRANTED.** The Redacted document(s) must be filed with the Court within fourteen (14) days of the date of this Order by the: **Applicant**

By the Court,

*Mary D. France*
Bankruptcy Judge
(VK)

Dated: January 31, 2017

MDPA-Order on Request for Redaction.WPT REV 06/16